IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2007 FEB 13 PM 4: 11
[CLERK] WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| MARC ABRAMS, on behalf of himself and all others similarly situated,<br>　　　　　　　　Plaintiff, | |
| -vs- | Case No. A-06-CA-726-SS |
| DELL INC., KEVIN B. ROLLINS, and JAMES M. SCHNEIDER,<br>　　　　　　　　Defendants. | |
| DAVID NORMAN, on behalf of herself and all others similarly situated,<br>　　　　　　　　Plaintiff, | |
| -vs- | Case No. A-06-CA-758-SS |
| DELL INC.,<br>　　　　　　　　Defendant. | |
| ANDRE BOWEN, on behalf of himself and all others similarly situated,<br>　　　　　　　　Plaintiff, | |
| -vs- | Case No. A-06-CA-790-SS |
| DELL INC.,<br>　　　　　　　　Defendant. | |
| ENRIQUE RANGEL, on behalf of himself and all others similarly situated,<br>　　　　　　　　Plaintiff, | |
| -vs- | Case No. A-06-CA-808-SS |
| DELL INC.,<br>　　　　　　　　Defendant. | |
| GERALD S. LEE, on behalf of himself and all others similarly situated,<br>　　　　　　　　Plaintiff, | |
| -vs- | Case No. A-06-CA-810-SS |
| DELL INC.,<br>　　　　　　　　Defendant. | |

| | |
|---|---|
| DIANE E. CROSSER, derivatively on behalf of DELL, INC., <br>　　　　　　　　Plaintiff, <br><br>-vs- <br><br>MICHAEL S. DELL, KEVIN B. ROLLINS, JAMES M. SCHNEIDER, et al., <br>　　　　　　　　Defendants. | Case No.  A-06-CA-839-SS |
| I.U.O.E. LOCAL 68 PENSION AND ANNUITY FUNDS, on behalf of itself and all others similarly situated, <br>　　　　　　　　Plaintiff, <br><br>-vs- <br><br>DELL INC., KEVIN B. ROLLINS, and JAMES M. SCHNEIDER, <br>　　　　　　　　Defendants. | Case No.  A-06-CA-906-SS |
| IAN BEISER, derivatively on behalf of DELL, INC., <br>　　　　　　　　Plaintiff, <br><br>-vs- <br><br>MICHAEL S. DELL, KEVIN B. ROLLINS, JAMES M. SCHNEIDER, et al., <br>　　　　　　　　Defendants. | Case No.  A-07-CA-054-SS |
| STICHTING PENSIOENFONDS ABP, et al on behalf of themselves and all others similarly situated, <br>　　　　　　　　Plaintiff, <br><br>-vs- <br><br>DELL INC., KEVIN B. ROLLINS, and JAMES M. SCHNEIDER, <br>　　　　　　　　Defendants. | Case No.  A-07-CA-076-SS |
| AMALGAMATED BANK, et al on behalf of themselves and all others similarly situated, | |

                                     **Plaintiff,**

-vs-                                                                    Case No. A-07-CA-077-SS

**DELL INC., KEVIN B. ROLLINS, and JAMES M.
SCHNEIDER,**
                    **Defendants.**

## ORDER

Each of the above-styled cases relates to securities, ERISA, or derivative actions arising out of Dell, Inc.'s alleged business misconduct between 2003 and 2006. On November 16, 2006, the Court held a hearing with regard to several of these cases; the Court informed the parties of its intent to consolidate the related actions. The Court accepted suggestions from the parties as to how to consolidate these cases and set a deadline of January 31, 2007 for the plaintiffs in the related cases to file amended complaints and motions to be lead plaintiff in the consolidated actions. The deadline for making objections to these lead plaintiff motions is February 15, 2007.

The Court has not yet entered an order consolidating the related actions. Since the hearing and accompanying scheduling order, several new cases have been filed. The Court advises all parties that the above-styled causes of action will be consolidated pursuant to Fed. R. Civ. P. Rule 42(a) into three groups: ERISA, derivative, and securities class action claims. A detailed consolidation order will be forthcoming at the end of this month. In the meantime, the later-filed cases (those in which the November 16, 2006 Order has not been entered) shall have until February 23, 2007 to make any motions to be lead plaintiff in the consolidated actions and to file any objections to existing lead plaintiff motions.

        SIGNED this the  13th  day of February 2007.

                                                    /s/ Sam Sparks
                                                    SAM SPARKS
                                                    UNITED STATES DISTRICT JUDGE